

GRAHAM CURTIN
*A Professional Association*

GEORGE C. JONES
Direct Dial 973-401-7145
gjones@GrahamCurtin.com

April 4, 2007

**BY ELECTRONIC COURT FILING**

The Honorable Mary L. Cooper
United States District Judge
District of New Jersey
Clarkson S. Fisher Federal Building
    and United States Courthouse
402 East State Street
Trenton, New Jersey 08608

        Re:    *MedPointe Healthcare Inc. v. Hi-Tech Pharmacal Co., Inc.*
                Civil Action No. 03-5550 (MLC) (JJH)
                *MedPointe Healthcare Inc. v. Morton Grove Pharmaceuticals, Inc.*
                Civil Action No. 04-1686 (MLC) (JJH)

Dear Judge Cooper:

        This will confirm that Your Honor has granted the request of plaintiff, MedPointe Healthcare Inc. ("MedPointe"), for an additional ten (10) days, through and including April 12, 2007, to submit its response to the March 19, 2007 supplemental letter brief filed by defendant Morton Grove relating to MedPointe's motion for summary judgment of no inequitable conduct in Civil Action No. 04-1686. We greatly appreciate the Court's consideration in this regard.

                Respectfully yours,

                GEORGE C. JONES

GCJ/jmc
cc:    William L. Mentlik, Esq. (by e-mail and ECF)
       Sheila Rafferty Wiggins, Esq. (by e-mail and ECF)
       Benjamin E. Leace, Esq. (by e-mail)
       Sandra A. Bresnick, Esq. (by e-mail)

363878_1